1  DONNA M. MEZIAS (SBN 111902)
   WILLIAM J. EDELMAN (SBN 285177)
2  dmezias@akingump.com
   wedelman@akingump.com
3  AKIN GUMP STRAUSS HAUER & FELD LLP
   580 California Street, Suite 1500
4  San Francisco, CA 94104
   Telephone:   415-765-9500
5  Facsimile:   415-765-9501

6  Attorneys for Home Depot U.S.A., Inc.

7

8

9            UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11

12 | MARC JACKSON, as an individual        | Case No.: 2:19-cv-01163-CJC-JEM
   | and on behalf of all others similarly |
13 | situated,                             |
   |                                       | DECLARATION OF MARLA BURES
14 | Plaintiff,                            | IN SUPPORT OF MOTION TO
   |                                       | COMPEL ARBITRATION AND TO
15 | vs.                                   | STAY PROCEEDINGS
16 | U.S. REMODELERS, INC., dba            | [Notice of Motion and Motion,
   | HOME DEPOT INTERIORS, a               | Declaration of William J. Edelman and
17 | Delaware Corporation; U.S.            | Proposed Order filed concurrently]
   | REMODELERS, INC. dba U.S.             |
18 | HOME SERVICES, an                     | Date:  April 1, 2019
   | unincorporated association; THE       | Time:  1:30 p.m.
19 | HOME DEPOT, INC., a Delaware          | Crtm:  7C
   | Corporation; HOME DEPOT U.S.A.,       | Judge: Hon. Cormac J. Carney
20 | INC., a Delaware Corporation;         |
   | CRAIG A. MENEAR, an individual;       | Date Action Filed: January 10, 2019
21 | and DOES 1 to 100, inclusive,         | Date Action Removed: February 14,
   |                                       | 2019
22 |          Defendants.                  |

23

24

25

26

27

28

DECLARATION OF MARLA BURES IN SUPPORT OF MOTION TO COMPEL ARBITRATION
AND TO STAY PROCEEDINGS

## DECLARATION OF MARLA BURES

I, MARLA BURES certify and declare as follows:

1. I am employed by Home Depot U.S.A., Inc. ("Home Depot") as Field Human Resources Manager. I make this declaration based on my own personal knowledge, and if called as a witness, could and would testify competently to the facts stated herein.

2. In the scope of my employment with Home Depot, I am familiar with the hiring practices of U.S. Remodelers, Inc., which merged into Home Depot in 2017. I am also familiar with the electronic systems used by U.S. Remodelers, Inc. and Home Depot to maintain personnel records pertaining to each employee, including the personnel records kept by U.S. Remodelers, Inc. before it was acquired by Home Depot.

3. Home Depot's records indicate that Marc Jackson was hired by U.S. Remodelers, Inc. on August 7, 2012.

4. Before he was hired, Jackson was presented with a Dispute Resolution Agreement, which he signed electronically on August 1, 2012. Attached hereto as Exhibit A is a true and correct copy of the agreement. Jackson did not attempt to rescind or opt out of the Dispute Resolution Agreement after signing it.

Executed on February 20, 2019, in Atlanta, GA.

_Marla Bures_
Marla Bures

1
DECLARATION OF MARLA BURES IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS

Scanned with CamScanner